DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANK GUTTA,**
Appellant,

v.

**WRIGHT, PONSOLDT & LOZEAU, TRIAL ATTORNEYS, L.L.P.** and **ALI JAFERI,**
Appellees.

No. 4D21-106

[February 17, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Steven J. Levin, Judge; L.T. Case No. 16001225CAAXMX.

Albert J. Piantini of Piantini & Associates, P.A., Coral Gables, for appellant.

Paul J. Parton and Tim B. Wright of Wright, Ponsoldt & Lozeau, Trial Attorneys, L.L.P., Stuart, for appellee Wright, Ponsoldt & Lozeau, Trial Attorneys, L.L.P.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***